**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 59 WAL 2018

Respondent                   :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

v.                              :

                                   :

MICHAEL BRYANT HENRY,          :

                                   :

Petitioner                    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 10th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.